IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-cv-376-D

| | |
|---|---|
| GENERAL CASUALTY COMPANY OF WISCONSIN, as Subrogee of Austin Trucking, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MURPHY-HOFFMAN COMPANY and NORTH CAROLINA KENWORTH, INC. d/b/a MHC KENWORTH-RALEIGH, <br><br> Defendants. | ORDER GRANTING MOTION TO STAY PROCEEDINGS |

In the above entitled action, Defendants Murphy-Hoffman Company and North Carolina Kenworth, Inc. d/b/a MHC Kenworth-Raleigh (hereinafter "Defendants"), having for good cause shown, made application to stay the proceedings to permit the parties to participate in arbitration;

THEREFORE, IT IS NOW ORDERED that this action shall be stayed pending resolution of the dispute at arbitration. The parties shall notify the Court once arbitration is completed. This pending action in District Court shall be dismissed once notification of completion of arbitration is received by the Court.

SO ORDERED. This the 18 day of March, 2021.

JAMES C. DEVER III
United States District Judge